UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENAFSHA SAIDY-FEROZ,

Plaintiff,

v.

SAN JOSE SHARKS, et al.,

Defendants.

Case No. 26-cv-06541-ASK

**SCREENING ORDER REVIEWING PLAINTIFF'S COMPLAINT AND ORDERING SERVICE**

On June 29, 2026, Plaintiff Benafsha Saidy-Feroz filed this civil action and an application to proceed *in forma pauperis*. Dkts. 1, 2. The Court granted Ms. Saidy-Feroz's application and, after screening Ms. Saidy-Feroz's complaint pursuant to 28 U.S.C. § 1915, concluded that the complaint was deficient. Dkt. 7. Ms. Saidy-Feroz filed an amended complaint on August 27, 2026. Dkt. 8. That amended complaint survives § 1915 review.

As discussed in the prior screening order (Dkt. 7), the Court has federal question jurisdiction over Ms. Saidy-Feroz's complaint because she accuses Defendants San Jose Sharks and Slingshot Connects, LLC, of retaliating against her for engaging in the protected activity of filing a federal lawsuit against a former employer in violation of 42 U.S.C. § 2000e-3(a), which provides:

> It shall be an unlawful employment practice for an employer to discriminate against any of his employees . . . to discriminate against any individual . . . because he has opposed any practice made an unlawful employment practice by this subchapter, or because he has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this subchapter.

42 U.S.C. § 2000e-3(a).

The Court previously found Ms. Saidy-Feroz's complaint insufficient to satisfy § 1915

United States District Court
Northern District of California

review because she had failed to plausibly allege "facts suggesting when the San Jose Sharks became aware of her prior lawsuit or otherwise permitting the inference that the San Jose Sharks revoked any offer of employment based on her prior lawsuit." Dkt. 7 at 4. Ms. Saidy-Feroz's amended complaint addresses this deficiency by alleging the basis for her belief that her prior discrimination lawsuit against her former employer impacted the San Jose Sharks's decision regarding her permanent employment. Specifically, Ms. Saidy-Feroz heard from another employee of the San Jose Sharks that a background search uncovered her prior lawsuit and engendered "concerns about [Ms. Saidy-Feroz] representing the San Jose Sharks in vendor relationships and about the organization's reputation." Dkt. 8 ¶ 46. Those concerns allegedly influenced the San Jose Sharks's decision not to offer Ms. Saidy-Feroz a permanent position. *Id.* ¶¶ 43-48.

Ms. Saidy-Feroz has thus set forth "a short and plain statement of the claim showing that [she] is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. Accordingly, the Court concludes that the operative complaint is sufficient under 28 U.S.C. § 1915(e)(2). The Clerk of Court **SHALL** issue the summons. Furthermore, the U.S. Marshal for the Northern District of California **SHALL** serve, without prepayment of fees, a copy of the amended complaint along with any attachments, Ms. Saidy-Feroz's affidavit, and this Order upon Defendants.

An initial case management conference is set for **December 15, 2026**, at 1:30PM via Zoom. A joint case management statement is due **December 8, 2026**.

While this case is pending, Ms. Saidy-Feroz must promptly inform the Court of any change of address. Failure to do so may result in dismissal of this action. Because Ms. Saidy-Feroz is unrepresented, she may wish to contact the Federal Pro Bono Project's Help Desk for assistance—a free service for unrepresented litigants—by calling (415) 782-8982 to make an appointment. While the Help Desk does not provide legal representation, a licensed attorney may assist Ms. Saidy-Feroz in preparing her case. Ms. Saidy-Feroz may also wish to consult a manual the court has adopted to assist unrepresented litigants in presenting their case. This manual, and other free information for unrepresented litigants, is available online at:

United States District Court
Northern District of California

https://cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: November 2, 2026

AJAY S. KRISHNAN
United States Magistrate Judge